# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**FRANKIE L. BANKS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 1:06-CR-100<br><br>USM Number: 04417-061<br><br>Karen Savir, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) <u>One, Two and Three</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>4</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. **8097**

Defendant's Year of Birth: **1972**

City and State of Defendant's Residence
**3068 Beekman Street**
**Cincinnati, OH 45225**

December 12, 2011
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

**SANDRA S. BECKWITH**, Senior United States District Judge
Name & Title of Judicial Officer

12/12/11
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation Violation Concluded |
|---|---|
| One | Defendant was arrested on March 22, 2011 and charged with theft and possession of burglary tools in Kentucky state court |
| Two | Defendant was arrested on November 9, 2010 for marijuana possession, to which he entered a no contest plea |
| Three | Defendant submitted drug screens on April 14, May 2, May 16, and May 23, 2011 which were positive for cocaine and marijuana |

# IMPRISONMENT

　　　　The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 Months .

[X]　　The court makes the following recommendations to the Bureau of Prisons:
**Defendant shall participate in a G.E.D. program while incarcerated.**

[✔]　　The defendant is remanded to the custody of the United States Marshal.

[ ]　　The defendant shall surrender to the United States Marshal for this district.
　　　　[ ]　at ___ on ___.
　　　　[ ]　as notified by the United States Marshal.

[ ]　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　　　[ ] before 2:00 p.m. on _____.
　　　　[ ] as notified by the United States Marshal but no sooner than
　　　　[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

　　Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By　_____
Deputy U.S. Marshal